# AIO about my boyfriend's threats?

I (27F) am a full-time streamer making $14k monthly, which has supported both me and my BF (29M) for the past year. Yesterday I tried having a serious talk with him about our relationship issues and mentioned possibly breaking up. He immediately threatened to turn off our WiFi during my streams if I leave him.

I'm honestly terrified. Streaming is my livelihood and career - I have contracts and commitments to meet. One dropped stream could seriously damage my reputation and income. But at the same time, I don't want to stay in a relationship where I'm being manipulated and threatened.

He's now acting like it was "just a joke" but I feel like this crossed a major line. He knows exactly how much my career means to me and threatened to deliberately ruin it. I already have anxiety about technical issues during streams, and now I'm constantly worried he might follow through.

Am I overreacting by seeing this as relationship-ending behavior? Should I be more understanding since he was upset in the moment? I feel trapped



Am I overreacting by seeing this as relationship-ending behavior? Should I be more understanding since he was upset in the moment? I feel trapped between protecting my career and getting out of what increasingly feels like a toxic situation.

Update: Yes, this is the same guy who stole $200 for g*mbling a few months ago. I know how this probably looks. I just need outside perspective to confirm I'm am normal for being scared and upset about this.

👍😂😯 Reddit Sagas and 48 others        108 💬  3 ↗

👍 Like        💬 Comment        📞 Send        ↗ Share

All comments ▼

Comment as Stephen Baske

**Stephen Baske**
Only fans pays well selling your body, but you seem to be lacking brains.

5d   Like   Reply                              2 👍😡

**Jake Esch**
Stephen Baske you're really gross stephen

5d   Like   Reply



Stephen Baske you're really gross stephen

5d   Like   Reply

**Andrea Ipirq**
Stephen Baske says the ugly, stupid, disgusting, fat fuck nobody will touch with shit on a stick, your hoe of a mother should have swallowed you.

5d   Like   Reply                                              2 👍

   **Stephen Baske**
   Andrea Ipirq You do OF with your Dad. That where the rage comes from. Get help.

   5d   Like   Reply

   Reply to Stephen Baske

**Tania Dubodiel**
Stephen Baske Are you dumb? Streaming is not only fans.

4d   Like   Reply

   **Stephen Baske**
   Tania Dubodiel Are you an imbecile? $14k a month?...it's only fans which is a streaming platform.

   3d   Like   Reply                                           2 😂



**Tania Dubodiel**
Stephen Baske Mid tier Twitch streamers earn that. Only Fans is not a streaming platform, tard.

3d  Like  Reply  Edited

**Stephen Baske**
Tania Dubodiel OK Asshat your mask explains EVERYTHING....and the Ukrainazi flag.

3d  Like  Reply  Edited       2😄

**Tania Dubodiel**
Stephen Baske The mask explains that I'm a Healthcare worker and a med student, and the flag is because I'm Ukrainian. The only nazi nonce here is you.

3d  Like  Reply

**Stephen Baske**
Tania Dubodiel You mean healthcare whore. Fixed it for you. Fuck Ukraine well known established nazi nation presently and historically.

3d  Like  Reply       2😄

**Tania Dubodiel**

historically.

3d  Like  Reply    2 😆

**Tania Dubodiel**
Stephen Baske So you're a fucking idiot. You're the one with a nazi president and drowning in the far right, while Ukraine was always the safest country for Jewish people in the whole Eastern Europe. Keep spewing propaganda, trash.

3d  Like  Reply    👍

**Stephen Baske**
Tania Dubodiel The same president who recognized Jerusalem as the offical capital of Israel? I cannot wait for your unelected dictator gay actor to be arrested by Russian forces. In the meantime get some help for your obvious mental disabilities. That mask has obviously limited 02 to your brain.

3d  Like  Reply    2 😆

**Carolina Oruchuban**
Stephen BaskeToo old and too close to a heart attack to be this much of a douche.

3d  Like  Reply

Reply to Stephen Baske