

Your senior firefighter Stephen Baske is a xenophobe and racist, and frankly, it's concerning the shit he is spewing. My father was a firefighter, plus I'm half Jewish, and this was horrid.
Good Morning I will look into this immediately.



Thank you, I appreciate it. My greatgrandpa wasn't buried alive by nazis for being Jewish for me to be called a nazi


Feb 3, 2025, 9:04 AM



**Tania Dubodiel**
Stephen Baske Are you dumb? Streaming is not only fans.

7h   Like   Reply

**Stephen Baske**
Tania Dubodiel Are you an imbecile?
$14k a month?...it's only fans which is a streaming platform.

1h   Haha   Reply       1 🤯

**Tania Dubodiel**
Stephen Baske Mid tier Twitch streamers earn that. Only Fans is not a streaming platform, tard.

48m   Like   Reply

**Stephen Baske**
Tania Dubodiel OK Asshat your mask explains EVERYTHING....and the Ukrainazi flag.

29m   Haha   Reply       1 🤯

Write a reply...

12:19  · 

< Replies

**Tania Dubodiel**
**Stephen Baske** The mask explains that I'm a Healthcare worker and a med student, and the flag is because I'm Ukrainian. The only nazi nonce here is you.

15h   Like   Reply

 **Stephen Baske**
**Tania Dubodiel** You mean healthcare whore. Fixed it for you. Fuck Ukraine well known established nazi nation presently and historically.

6h   Haha   Reply   1 

 **Tania Dubodiel**
**Stephen Baske** So you're a fucking idiot. You're the one with a nazi president and drowning in the far right, while Ukraine was always the safest country for Jewish people in the whole Eastern Europe. Keep spewing propaganda, trash.

Just now   Like   Reply

Replying to **Stephen Baske** · Cancel

Write a reply...

|||   O   <



**Tania Dubodiel**
**Stephen Baske** So you're a fucking idiot. You're the one with a nazi president and drowning in the far right, while Ukraine was always the safest country for Jewish people in the whole Eastern Europe. Keep spewing propaganda, trash.

2h    Like    Reply             1 



**Stephen Baske**
**Tania Dubodiel** The same president who recognized Jerusalem as the offical capital of Israel? I cannot wait for your unelected dictator gay actor to be arrested by Russian forces. In the meantime get some help for your obvious mental disabilities. That mask has obviously limited 02 to your brain.

23m    Like    Reply

Replying to **Stephen Baske** · Cancel

**Stephen Baske**