

# JASPER COUNTY HUMAN RESOURCES

*Jasper County Clementa C. Pinckney Government Building*
*358 Third Avenue - Courthouse Square - Post Office Box 150*
*Ridgeland, South Carolina 29936 - 843-717-3680 - Fax: 843-726-7996*

## DISCIPLINARY/COUNSELING REPORT

Name: Stephen Baske        Dept: Fire Rescue        Date: 02/06/2025
Date of occurrence: 02/03/2025  Time: 0900          Location: ESO HQ
Date of hire: 05/22/2023

**ACTION TAKEN:**

☐ Coaching             ☐ Verbal warning            ■ Written warning
☐ Suspension ____ day(s)   ■ Termination           ☐ Other:

(Depending on the nature of the offense, Jasper County reserves the right to skip any steps at its discretion.)

**DESCRIPTION OF ISSUE:**

☐ Absenteeism           ☐ Conduct                  ☐ Safety violation
■ Policy and/or procedure violation   ☐ Unsatisfactory job performance   ☐ Other:

**EXPLANATION/ POLICY REFERENCE:**

Monday February 3, 2025 Jasper County Fire Rescue received a Facebook Chat messenger from one Tania Dubodiel. She provided screen shots of a conversation between herself and FF/AEMT Stephen Baske. Dubodiel, in her written correspondence called FF/AEMT Baske a "xenophobe and racist. We have printed and included the conversation with Dubodiel to this Discipline Action Report. FF/AEMT Baske violated Jasper County personnel policy and procedure Article 1. Introduction; subparagraph 2:
You should realize as a public employee that all of your actions both on and off the job reflect directly on Jasper County. Keep in mind that as a public employee, paid with public funds, and using public equipment, you are in the public eye. It is essential that your actions be beyond reproach and in the best interest of the County that you serve. This article is reiterated in Article 4. Code of Conduct. Subsection A Employee Conduct (et. al); more notably subparagraph 3 last sentence. "All employees are expected to conduct themselves in a manner that will reflect favorabley upon their department and the County at all times.
In light of the interactions with a civilian; all be it on personal time; the complaint has now arrived at the employer. Given the conduct FF/AEMT chose to engage and become identified as a FF/AEMT within our Organization as well as being a public servant; Consultation with the Human Resources Division Head and the Jasper County Labor attorney have indicated the sanctions to be imposed.

**GOALS/CORRECTIVE BEHAVIOR:**

Given the egregious conduct and the complaint filed with Jasper County Emergency Services; it is our recommendation that FF/AEMT Stephen Baske be discharged.

Should your behavior continue to be unacceptable in the above area(s), Jasper County will find it necessary to take the following disciplinary action (or more depending on the situation and severity):

- ☐ Written warning
- ☐ Termination
- ☐ Suspension _____ day(s)
- ☒ Other: _____

**EMPLOYEE COMMENTS:**

You are formally being warned to bring to your attention the severity of this situation. Failure to correct this behavior and/or further violation of county policy will result in additional disciplinary action up to and including discharge. By signing below you acknowledge that you have received this notice.

Employee: _____ Date: _____

Supervisor: *[signature]* _____ Date: 7, February 2025

HR Director: *Nicole Holt* _____ Date: 2/07/2025


Your senior firefighter Stephen Baske is a xenophobe and racist, and frankly, it's concerning the shit he is spewing. My father was a firefighter, plus I'm half Jewish, and this was horrid.
Good Morning I will look into this immediately.


Thank you, I appreciate it. My greatgrandpa wasn't buried alive by nazis for being Jewish for me to be called a nazi

Feb 3, 2025, 9:04 AM

**Tania Dubodiel**
Stephen Baske Are you dumb? Streaming is not only fans.

7h   Like   Reply

**Stephen Baske**
Tania Dubodiel Are you an imbecile?
$14k a month?...it's only fans which is a streaming platform.

1h   Haha   Reply   1

**Tania Dubodiel**
Stephen Baske Mid tier Twitch streamers earn that. Only Fans is not a streaming platform, tard.

48m   Like   Reply

**Stephen Baske**
Tania Dubodiel OK Asshat your mask explains EVERYTHING....and the Ukrainazi flag.

29m   Haha   Reply   1

12:19   

< Replies

 **Tania Dubodiel**
**Stephen Baske** The mask explains that I'm a Healthcare worker and a med student, and the flag is because I'm Ukrainian. The only nazi nonce here is you.

15h    Like    Reply

**Stephen Baske**
**Tania Dubodiel** You mean healthcare whore. Fixed it for you. Fuck Ukraine well known established nazi nation presently and historically.

6h    Haha    Reply    1 

 **Tania Dubodiel**
**Stephen Baske** So you're a fucking idiot. You're the one with a nazi president and drowning in the far right, while Ukraine was always the safest country for Jewish people in the whole Eastern Europe. Keep spewing propaganda, trash.

Just now    Like    Reply

Replying to **Stephen Baske** · Cancel

Write a reply...


**Tania Dubodiel**
**Stephen Baske** So you're a fucking idiot. You're the one with a nazi president and drowning in the far right, while Ukraine was always the safest country for Jewish people in the whole Eastern Europe. Keep spewing propaganda, trash.

2h    Like    Reply    1 


**Stephen Baske**
**Tania Dubodiel** The same president who recognized Jerusalem as the offical capital of Israel? I cannot wait for your unelected dictator gay actor to be arrested by Russian forces. In the meantime get some help for your obvious mental disabilities. That mask has obviously limited 02 to your brain.

23m    Like    Reply

Replying to **Stephen Baske** · Cancel

**Stephen Baske**